UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CMRE FINANCIAL SERVICES INC., PROFESSIONAL CLAIMS BUREAU LLC,<br><br>　　　　Plaintiffs and Counter-Defendants,<br><br>　　　v.<br><br>DOXO INC.,<br><br>　　　　Defendant and Counter-Claimant, | CASE NO. 2:22-cv-00298-RAJ-BAT<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM AND GRANTING IN PART, PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and **ORDERS**:

　　1.　　The Court **ADOPTS** the Report and Recommendation.

　　2.　　Plaintiffs CMRE Financial Services, Inc. and Professional Claims Bureau, LLC's Motion to Dismiss/Strike Defendant DOXO, Inc.'s Counterclaim and Motion to Strike Affirmative Defenses (Dkt. 19) is **granted in part and denied in part** as follows:

ORDER DENYING PLAINTIFF'S MOTION
TO DISMISS COUNTERCLAIM AND
GRANTING IN PART, PLAINTIFFS'
MOTION TO STRIKE AFFIRMATIVE
DEFENSES - 1

        a.        Plaintiffs' motion to dismiss Doxo's Counterclaim is **denied**.

        b.        Plaintiffs' motion to strike Doxo's Affirmative Defense No. 2 is **granted** and the motion to strike Affirmative Defense Nos. 1, 3, 4, and 5 is **denied**. It is further **ORDERED** that Affirmative Defense Nos. 1, 3, 4, and 5 shall be considered general denials or objections only.

3.        The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida and to re-refer this matter to Judge Tsuchida for further pretrial proceedings.

DATED this 18th day of August, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION
TO DISMISS COUNTERCLAIM AND
GRANTING IN PART, PLAINTIFFS'
MOTION TO STRIKE AFFIRMATIVE
DEFENSES - 2