UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CMRE FINANCIAL SERVICES INC., PROFESSIONAL CLAIMS BUREAU LLC,

    Plaintiffs and Counter-Defendants,

    v.

DOXO INC.,

    Defendant and Counter-Claimant,

CASE NO. 2:22-cv-00298-RAJ-BAT

**ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and **ORDERS**:

1. The Court **ADOPTS** the Report and Recommendation.

2. Defendant DOXO, Inc.'s Motion for Judgment on the Pleadings (Dkt. 27) is **granted;** Plaintiffs' claims are **dismissed with prejudice**.

3. The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida and to re-refer this matter to Judge Tsuchida for further pretrial proceedings.

DATED this 3rd day of November, 2022.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge