# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CMRE FINANCIAL SERVICES INC., PROFESSIONAL CLAIMS BUREAU LLC,

    Plaintiffs,

v.

DOXO INC.,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.  2:22-cv-00298-RAJ-BAT

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Report and Recommendation is adopted and approved. Defendant Doxo Inc.'s Motion for Judgment on the Pleadings (Dkt. 27) is granted; Plaintiff's claims are **DISMISSED with prejudice**.

Dated this 14th day of November 2022.

                                            RAVI SUBRAMANIAN
                                            Clerk

                                             /s/ *Andy Quach*
                                            Deputy Clerk