# United States District Court

### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

CMRE FINANCIAL SERVICES INC., PROFESSIONAL CLAIMS BUREAU LLC,

      Plaintiffs,

  v.

DOXO INC.,

      Defendant.

**AMENDED JUDGMENT IN A CIVIL CASE**

Case No.   2:22-cv-00298-RAJ-BAT

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

    The Report and Recommendation is adopted and approved. Defendant Doxo Inc.'s Motion for Judgment on the Pleadings (Dkt. 27) is **granted**; Plaintiff's claims are **DISMISSED with prejudice**; and Doxo is entitled to a declaratory judgment under 28 U.S.C. § 2201 that Doxo's use of Plaintiffs' marks does not infringe any rights Plaintiffs hold in the marks because Doxo's use is protected under the nominative fair use doctrine.

    Dated this 14th day of November 2022.

 

                                              RAVI SUBRAMANIAN
                                              Clerk

                                              /s/ *Andy Quach*
                                              Deputy Clerk